**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: CALDWELL, SABRENA | § | Case No. 16-05334-PSH |
| | § | |
| | § | |
| Debtor(s) | § | |

# TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on February 18, 2016. The undersigned trustee was appointed on February 18, 2016.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of      $     62,967.32

    Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim distribution | 0.00 |
| Administrative expenses | 21,162.09 |
| Bank service fees | 407.12 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 15,000.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of[1]   $ | 26,398.11 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

6. The deadline for filing non-governmental claims in this case was 09/30/2016 and the deadline for filing governmental claims was 09/30/2016. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $5,546.73. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $4,954.05, for a total compensation of $4,954.05.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $24.82, for total expenses of $24.82.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 09/15/2017          By: /s/ALEX D. MOGLIA
                              Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

Exhibit A

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 16-05334-PSH  
**Case Name:** CALDWELL, SABRENA  

**Period Ending:** 09/15/17

**Trustee:** (330260) ALEX D. MOGLIA  
**Filed (f) or Converted (c):** 02/18/16 (f)  
**§341(a) Meeting Date:** 03/23/16  
**Claims Bar Date:** 09/30/16

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|
| 1  Checking: Chase Bank<br>    Imported from original petition Doc# 9 | 50.00 | 0.00 | | 0.00 | FA |
| 2  Checking: TCF Bank<br>    Imported from original petition Doc# 9 | 0.00 | 0.00 | | 0.00 | FA |
| 3  Couch, Loveseat, coffee table, two end tables, K<br>    Imported from original petition Doc# 9 | 2,500.00 | 0.00 | | 0.00 | FA |
| 4  Used Clothing and Shoes<br>    Imported from original petition Doc# 9 | 400.00 | 0.00 | | 0.00 | FA |
| 5  Tax Refund-Total refund $4,003.00 Jeffro Furnitu<br>    Imported from original petition Doc# 9 | 1,435.00 | 0.00 | | 0.00 | FA |
| 6  Personal Injury Lawsuit Attorney for Debtor Stev<br>    Imported from original petition Doc# 9 | 15,000.00 | 0.00 | | 62,967.32 | FA |
| 6  Assets  Totals (Excluding unknown values) | **$19,385.00** | **$0.00** | | **$62,967.32** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):** June 30, 2018     **Current Projected Date Of Final Report (TFR):** October 31, 2017

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 16-05334-PSH  
**Case Name:** CALDWELL, SABRENA  

**Taxpayer ID #:** **-***6044  
**Period Ending:** 09/15/17  

**Trustee:** ALEX D. MOGLIA (330260)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******0266 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 10/25/16 | {6} | State Farm Fire and Casuality Company | Settlement payment | 1129-000 | 62,967.32 | | 62,967.32 |
| 10/28/16 | 101 | Sabrena Caldwell | payment of debtor's exemption | 8100-002 | | 15,000.00 | 47,967.32 |
| 10/28/16 | 102 | STEVEN J. MORTON | | 3210-600 | | 20,989.11 | 26,978.21 |
| 10/28/16 | 103 | STEVEN J. MORTON | | 3220-610 | | 163.44 | 26,814.77 |
| 10/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 26,804.77 |
| 11/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 47.92 | 26,756.85 |
| 12/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 38.37 | 26,718.48 |
| 01/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 40.98 | 26,677.50 |
| 02/13/17 | 104 | International Sureties, LTD | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/13/2017 FOR CASE #16-05334 | 2300-000 | | 9.54 | 26,667.96 |
| 02/28/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 35.80 | 26,632.16 |
| 03/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 39.58 | 26,592.58 |
| 04/28/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 35.69 | 26,556.89 |
| 05/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 42.01 | 26,514.88 |
| 06/30/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 38.13 | 26,476.75 |
| 07/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 36.81 | 26,439.94 |
| 08/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 41.83 | 26,398.11 |

|  |  |  |
|---|---|---|
| **ACCOUNT TOTALS** | 62,967.32 | 36,569.21 | **$26,398.11** |
| Less: Bank Transfers | 0.00 | 0.00 | |
| **Subtotal** | 62,967.32 | 36,569.21 | |
| Less: Payments to Debtors | | 15,000.00 | |
| **NET Receipts / Disbursements** | **$62,967.32** | **$21,569.21** | |

Net Receipts: 62,967.32  
Less Payments to Debtor: 15,000.00  
Net Estate: $47,967.32  

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| Checking # ******0266 | 62,967.32 | 21,569.21 | 26,398.11 |
| | $62,967.32 | $21,569.21 | $26,398.11 |

{} Asset reference(s)

Printed: 09/15/2017 11:54 AM    V.13.30

# Claims Register

## Case: 16-05334-PSH CALDWELL, SABRENA

Claims Bar Date: 09/30/16

| Claim Number | Claimant Name / <Category>, Priority | Claim Type/ Date Filed | Claim Ref./ Notes | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| | SPRINGER BROWN LLC<br>WHEATON EXECUTIVE CENTER<br>400 S. COUNTY FARM ROAD - SUITE 330<br>WHEATON, IL 60187<br><3210-00 Attorney for Trustee Fees (Other Firm)>, 200 | Admin Ch. 7<br>02/18/16 | | $5,289.50<br>$5,289.50 | $0.00 | $5,289.50 |
| | SPRINGER BROWN LLC<br>WHEATON EXECUTIVE CENTER<br>400 S. COUNTY FARM ROAD - SUITE 330<br>WHEATON, IL 60187<br><3220-00 Attorney for Trustee Expenses (Other Firm)>, 200 | Admin Ch. 7<br>02/18/16 | | $34.17<br>$34.17 | $0.00 | $34.17 |
| | ALEX D. MOGLIA<br>1325 REMINGTON RD.STE. H<br>SCHAUMBURG, IL 60173<br><2100-00 Trustee Compensation>, 200 | Admin Ch. 7<br>02/18/16 | | $5,546.73<br>$5,546.73 | $0.00 | $5,546.73 |
| | ALEX D. MOGLIA<br>1325 REMINGTON RD.STE. H<br>SCHAUMBURG, IL 60173<br><2200-00 Trustee Expenses>, 200 | Admin Ch. 7<br>02/18/16 | | $27.79<br>$27.79 | $0.00 | $27.79 |
| A | ATI PHYSICAL THERAPY<br>790 REMINGTON BOULEVARD<br>BOLINGBROOK, IL 60440<br><4220-00 Pers. Prop. & Intangibles--Nonconsensual Liens (judgements, storage liens)>, 100 | Secured<br>02/18/16 | 20114X58<br>MEDICAL LIEN - ACCOUNT #20114X58 | $0.00<br>$3,335.75 | $0.00 | $3,335.75 |
| B | ANESTHESIA ASSOCIATES OF CHICAGO<br>PO BOX 570<br>LAKE FOREST, IL 60045<br><4220-00 Pers. Prop. & Intangibles--Nonconsensual Liens (judgements, storage liens)>, 100 | Secured<br>02/18/16 | AAC 16051209<br>MEDICAL LIEN - ACCOUNT #AAC 16051209 | $0.00<br>$612.67 | $0.00 | $612.67 |
| C | PREFERED OPEN MRI<br>1111 EAST 87TH STREET<br>SUITE 900B<br>CHICAGO, IL 60619<br><4220-00 Pers. Prop. & Intangibles--Nonconsensual Liens (judgements, storage liens)>, 100 | Secured<br>02/18/16 | 73662<br>MEDICAL LIEN - ACCT. #73662 | $0.00<br>$1,400.00 | $0.00 | $1,400.00 |
| D | METRO ANESTHESIA CONSULTANTS<br>2720 S. RIVER ROAD<br>SUITE 218<br>DES PLAINES, IL 60018<br><4220-00 Pers. Prop. & Intangibles--Nonconsensual Liens (judgements, storage liens)>, 100 | Secured<br>02/18/16 | 1669653580<br>MEDICAL LIEN - ACCT. #1669653580 | $0.00<br>$1,316.00 | $0.00 | $1,316.00 |

# Claims Register

### Case: 16-05334-PSH   CALDWELL, SABRENA

Claims Bar Date: 09/30/16

| Claim Number | Claimant Name / <Category>, Priority | Claim Type/ Date Filed | Claim Ref./ Notes | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| E | ILLINOIS ORTHOPEDIC NETWORK<br>712 N. DEARBORN<br><br>CHICAGO, IL 60654<br><4220-00  Pers. Prop. & Intangibles--Nonconsensual Liens (judgements, storage liens)>, 100 | Secured<br>02/18/16 | 75055404<br><br>MEDICAL LIEN - ACCT. #75055404 | $0.00<br>$10,000.00 | $0.00 | $10,000.00 |
| F | STEVEN J. MORTON<br>STEVEN J. MORTON & ASSOCIATES, LTD.<br>212 W. WASHINGTON St STE1008<br>CHICAGO, IL 60606<br><3210-60  Special Counsel for Trustee Fees>, 199 | Admin Ch. 7<br>02/18/16 | SEE DKT. #32 | $20,989.11<br>$20,989.11 | $20,989.11 | $0.00 |
| G | STEVEN J. MORTON<br>STEVEN J. MORTON & ASSOCIATES, LTD.<br>212 W. WASHINGTON ST STE 1008<br>CHICAGO, IL 60606<br><3220-61  Special Counsel for Trustee Expenses>, 199 | Admin Ch. 7<br>02/18/16 | SEE DKT. #32 | $163.44<br>$163.44 | $163.44 | $0.00 |
| 1 | Navient Solutions Inc.<br>220 Lasley Ave<br>Wilkes-Barre, PA 18706<br><7100-00  General Unsecured § 726(a)(2)>, 610 | Unsecured<br>07/28/16 | | $44,904.50<br>$44,904.50 | $0.00 | $44,904.50 |
| 2 | US DEPT OF EDUCATION<br>CLAIMS FILING UNIT<br>PO BOX 8973<br>MADISON, WI 53708-8973<br><7100-00  General Unsecured § 726(a)(2)>, 610 | Unsecured<br>08/03/16 | | $16,430.81<br>$16,430.81 | $0.00 | $16,430.81 |
| 3 | US DEPT OF EDUCATION<br>CLAIMS FILING UNIT<br>PO BOX 8973<br>MADISON, WI 53708-8973<br><7100-00  General Unsecured § 726(a)(2)>, 610 | Unsecured<br>08/03/16 | | $6,607.65<br>$6,607.65 | $0.00 | $6,607.65 |
| 4 | City of Chicago EMS<br>33589 Treasury Center<br>Chicago, IL 60694-3500<br><7100-00  General Unsecured § 726(a)(2)>, 610 | Unsecured<br>09/07/16 | | $652.00<br>$652.00 | $0.00 | $652.00 |
| 5 | American InfoSource LP as agent for Verizon<br>PO Box 248838<br>Oklahoma City, OK 73124-8838<br><7200-00  Tardy General Unsecured § 726(a)(3)>, 620 | Unsecured<br>10/05/16 | | $1,866.52<br>$1,866.52 | $0.00 | $1,866.52 |
| | | | Case Total: | | $21,152.55 | $98,024.09 |

**TRUSTEE'S PROPOSED DISTRIBUTION**                    Exhibit D

Case No.: 16-05334-PSH
Case Name: CALDWELL, SABRENA
Trustee Name: ALEX D. MOGLIA

**Balance on hand:**                    $    26,398.11

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| A | ATI PHYSICAL THERAPY | 0.00 | 3,335.75 | 0.00 | 3,335.75 |
| B | ANESTHESIA ASSOCIATES OF CHICAGO | 0.00 | 612.67 | 0.00 | 612.67 |
| C | PREFERED OPEN MRI | 0.00 | 1,400.00 | 0.00 | 1,400.00 |
| D | METRO ANESTHESIA CONSULTANTS | 0.00 | 1,316.00 | 0.00 | 1,316.00 |
| E | ILLINOIS ORTHOPEDIC NETWORK | 0.00 | 10,000.00 | 0.00 | 10,000.00 |

Total to be paid to secured creditors:    $    16,664.42
Remaining balance:    $    9,733.69

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - ALEX D. MOGLIA | 5,546.73 | 0.00 | 4,954.05 |
| Trustee, Expenses - ALEX D. MOGLIA | 27.79 | 0.00 | 24.82 |
| Attorney for Trustee, Fees - SPRINGER BROWN LLC | 5,289.50 | 0.00 | 4,724.30 |
| Attorney for Trustee, Expenses - SPRINGER BROWN LLC | 34.17 | 0.00 | 30.52 |

Total to be paid for chapter 7 administration expenses:    $    9,733.69
Remaining balance:    $    0.00

**UST Form 101-7-TFR (05/1/2011)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 0.00

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims: $ 0.00
Remaining balance: $ 0.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 68,594.96 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Navient Solutions Inc. | 44,904.50 | 0.00 | 0.00 |
| 2 | US DEPT OF EDUCATION | 16,430.81 | 0.00 | 0.00 |
| 3 | US DEPT OF EDUCATION | 6,607.65 | 0.00 | 0.00 |
| 4 | City of Chicago EMS | 652.00 | 0.00 | 0.00 |

Total to be paid for timely general unsecured claims: $ 0.00
Remaining balance: $ 0.00

**UST Form 101-7-TFR (05/1/2011)**

Tardily filed claims of general (unsecured) creditors totaling $ 1,866.52 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 5 | American InfoSource LP as agent for | 1,866.52 | 0.00 | 0.00 |
| | Total to be paid for tardy general unsecured claims: | | $ | 0.00 |
| | Remaining balance: | | $ | 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | | None | | |
| | Total to be paid for subordinated claims: | | $ | 0.00 |
| | Remaining balance: | | $ | 0.00 |

**UST Form 101-7-TFR (05/1/2011)**