UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ILLINOIS

| | |
|---|---|
| In re: | ) |
| | ) |
| **CALDWELL, SABRENA** | ) Bankruptcy Case No. 16-05334 PSH |
| | ) Chapter 7 |
| | ) |
| Debtor(s). | ) |

## CERTIFICATE OF SERVICE

The undersigned certifies that on October 12, 2017, I served by prepaid first class mail a copy of the Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object (NFR) on all parties listed below at the addresses contained therein.

    CALDWELL, SABRENA
    7004 S CHAPPEL AVE APT 1R
    CHICAGO, IL 60649

    MEHUL D DESAI
    ROBERT J SEMRAD & ASSOCIATES
    20 S. CLARK, 28TH FLOOR
    CHICAGO, IL 60603

    Patrick Layng
    219 S. Dearborn Street
    Room 873
    Chicago, IL 60604
    Phone: (312) 886-5785
    FAX: (312) 886-5794


    SPRINGER BROWN LLC
    WHEATON EXECUTIVE CENTER
    400 S. COUNTY FARM ROAD - SUITE 330
    WHEATON, IL 60187

A    ATI PHYSICAL THERAPY
    790 REMINGTON BOULEVARD
    BOLINGBROOK, IL 60440

B	ANESTHESIA ASSOCIATES OF CHICAGO
	PO BOX 570
	LAKE FOREST, IL 60045

C	PREFERED OPEN MRI
	1111 EAST 87TH STREET
	SUITE 900B
	CHICAGO, IL 60619

D	METRO ANESTHESIA CONSULTANTS
	2720 S. RIVER ROAD
	SUITE 218
	DES PLAINES, IL 60018

E	ILLINOIS ORTHOPEDIC NETWORK
	712 N. DEARBORN
	CHICAGO, IL 60654

G	STEVEN J. MORTON
	STEVEN J. MORTON & ASSOCIATES, LTD.
	212 W. WASHINGTON ST STE 1008
	CHICAGO, IL 60606

1	Navient Solutions Inc.
	220 Lasley Ave
	Wilkes-Barre, PA 18706

2	US DEPT OF EDUCATION
	CLAIMS FILING UNIT
	PO BOX 8973
	MADISON, WI 53708-8973

3	US DEPT OF EDUCATION
	CLAIMS FILING UNIT
	PO BOX 8973
	MADISON, WI 53708-8973

4	City of Chicago EMS
	33589 Treasury Center
	Chicago, IL 60694-3500

| | |
|---|---|
| 5 | American InfoSource LP as agent for Verizon<br>PO Box 248838<br>Oklahoma City, OK 73124-8838 |

<u>/s/ ALEX D. MOGLIA</u>
Chapter 7 Trustee
ALEX D. MOGLIA, Trustee
1325 REMINGTON RD.STE. H
SCHAUMBURG, IL 60173
Phone: (847) 884-8282
Fax: (847) 884-1188