**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re: CALDWELL, SABRENA            § Case No. 16-05334-PSH
                                    §
                                    §
                                    §
Debtor(s)                           §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

    ALEX D. MOGLIA, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $4,385.00                Assets Exempt: $17,552.04
*(without deducting any secured claims)*

Total Distribution to Claimants: $16,664.42    Claims Discharged
                                               Without Payment: $70,461.48

Total Expenses of Administration: $31,302.90

---

    3) Total gross receipts of $ 62,967.32 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 15,000.00 (see **Exhibit 2**), yielded net receipts of $47,967.32 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $16,664.42 | $16,664.42 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 32,467.40 | 32,467.40 | 31,302.90 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 0.00 | 70,461.48 | 70,461.48 | 0.00 |
| **TOTAL DISBURSEMENTS** | $0.00 | $102,928.88 | $119,593.30 | $47,967.32 |

4) This case was originally filed under Chapter 7 on February 18, 2016. The case was pending for 25 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 03/29/2018     By: /s/ALEX D. MOGLIA
                          Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Personal Injury Lawsuit Attorney for Debtor Stev | 1142-000 | 62,967.32 |
| **TOTAL GROSS RECEIPTS** | | **$62,967.32** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Sabrena Caldwell | payment of debtor's exemption | 8100-002 | 15,000.00 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$15,000.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| A | ATI PHYSICAL THERAPY | 4220-000 | N/A | | 3,335.75 | 3,335.75 |
| B | ANESTHESIA ASSOCIATES OF CHICAGO | 4220-000 | N/A | | 612.67 | 612.67 |
| C | PREFERED OPEN MRI | 4220-000 | N/A | | 1,400.00 | 1,400.00 |
| D | METRO ANESTHESIA CONSULTANTS | 4220-000 | N/A | | 1,316.00 | 1,316.00 |
| E | ILLINOIS ORTHOPEDIC NETWORK | 4220-000 | N/A | | 10,000.00 | 10,000.00 |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$0.00** | **$16,664.42** | **$16,664.42** |

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBIT 4 –CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee Compensation - ALEX D. MOGLIA | 2100-000 | N/A | 5,546.73 | 5,546.73 | 4,954.05 |
| Trustee Expenses - ALEX D. MOGLIA | 2200-000 | N/A | 27.79 | 27.79 | 24.82 |
| Other - SPRINGER BROWN LLC | 3210-000 | N/A | 5,289.50 | 5,289.50 | 4,724.30 |
| Other - SPRINGER BROWN LLC | 3220-000 | N/A | 34.17 | 34.17 | 30.52 |
| Other - STEVEN J. MORTON | 3210-600 | N/A | 20,989.11 | 20,989.11 | 20,989.11 |
| Other - STEVEN J. MORTON | 3220-610 | N/A | 163.44 | 163.44 | 163.44 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 47.92 | 47.92 | 47.92 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 38.37 | 38.37 | 38.37 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 40.98 | 40.98 | 40.98 |
| Other - International Sureties, LTD | 2300-000 | N/A | 9.54 | 9.54 | 9.54 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 35.80 | 35.80 | 35.80 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 39.58 | 39.58 | 39.58 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 35.69 | 35.69 | 35.69 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 42.01 | 42.01 | 42.01 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 38.13 | 38.13 | 38.13 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 36.81 | 36.81 | 36.81 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 41.83 | 41.83 | 41.83 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $32,467.40 | $32,467.40 | $31,302.90 |

**EXHIBIT 5 –PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBIT 6 –PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

**EXHIBIT 7 –GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Navient Solutions Inc. | 7100-000 | N/A | 44,904.50 | 44,904.50 | 0.00 |
| 2 | US DEPT OF EDUCATION | 7100-000 | N/A | 16,430.81 | 16,430.81 | 0.00 |
| 3 | US DEPT OF EDUCATION | 7100-000 | N/A | 6,607.65 | 6,607.65 | 0.00 |
| 4 | City of Chicago EMS | 7100-000 | N/A | 652.00 | 652.00 | 0.00 |
| 5 | American InfoSource LP as agent for | 7200-000 | N/A | 1,866.52 | 1,866.52 | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $0.00 | $70,461.48 | $70,461.48 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 16-05334-PSH  
**Case Name:** CALDWELL, SABRENA  

**Trustee:** (330260) ALEX D. MOGLIA  
**Filed (f) or Converted (c):** 02/18/16 (f)  
**§341(a) Meeting Date:** 03/23/16  

**Period Ending:** 03/29/18  
**Claims Bar Date:** 09/30/16

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Checking: Chase Bank<br>Imported from original petition Doc# 9 | 50.00 | 0.00 | | 0.00 | FA |
| 2 | Checking: TCF Bank<br>Imported from original petition Doc# 9 | 0.00 | 0.00 | | 0.00 | FA |
| 3 | Couch, Loveseat, coffee table, two end tables, K<br>Imported from original petition Doc# 9 | 2,500.00 | 0.00 | | 0.00 | FA |
| 4 | Used Clothing and Shoes<br>Imported from original petition Doc# 9 | 400.00 | 0.00 | | 0.00 | FA |
| 5 | Tax Refund-Total refund $4,003.00 Jeffro Furnitu<br>Imported from original petition Doc# 9 | 1,435.00 | 0.00 | | 0.00 | FA |
| 6 | Personal Injury Lawsuit Attorney for Debtor Stev<br>Imported from original petition Doc# 9 | 15,000.00 | 0.00 | | 62,967.32 | FA |
| **6** | **Assets   Totals** (Excluding unknown values) | **$19,385.00** | **$0.00** | | **$62,967.32** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**     June 30, 2018         **Current Projected Date Of Final Report (TFR):**     October 31, 2017

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 16-05334-PSH  
**Case Name:** CALDWELL, SABRENA  

**Taxpayer ID #:** **-***6044  
**Period Ending:** 03/29/18

**Trustee:** ALEX D. MOGLIA (330260)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******0266 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 10/25/16 | {6} | State Farm Fire and Casuality Company | Settlement payment | 1142-000 | 62,967.32 | | 62,967.32 |
| 10/28/16 | 101 | Sabrena Caldwell | payment of debtor's exemption | 8100-002 | | 15,000.00 | 47,967.32 |
| 10/28/16 | 102 | STEVEN J. MORTON | Special counsel fees | 3210-600 | | 20,989.11 | 26,978.21 |
| 10/28/16 | 103 | STEVEN J. MORTON | Special counsel expenses | 3220-610 | | 163.44 | 26,814.77 |
| 10/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 26,804.77 |
| 11/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 47.92 | 26,756.85 |
| 12/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 38.37 | 26,718.48 |
| 01/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 40.98 | 26,677.50 |
| 02/13/17 | 104 | International Sureties, LTD | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/13/2017 FOR CASE #16-05334 | 2300-000 | | 9.54 | 26,667.96 |
| 02/28/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 35.80 | 26,632.16 |
| 03/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 39.58 | 26,592.58 |
| 04/28/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 35.69 | 26,556.89 |
| 05/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 42.01 | 26,514.88 |
| 06/30/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 38.13 | 26,476.75 |
| 07/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 36.81 | 26,439.94 |
| 08/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 41.83 | 26,398.11 |
| 11/20/17 | 105 | ATI PHYSICAL THERAPY | BANKRUPTCY CASE16-05334 ,CALDWELL, SABRENA DIVIDEND ON ALLOWED CLAIM # A of 100.00% | 4220-000 | | 3,335.75 | 23,062.36 |
| 11/20/17 | 106 | ANESTHESIA ASSOCIATES OF CHICAGO | BANKRUPTCY CASE16-05334 ,CALDWELL, SABRENA DIVIDEND ON ALLOWED CLAIM # B of 100.00% | 4220-000 | | 612.67 | 22,449.69 |
| 11/20/17 | 107 | PREFERED OPEN MRI | BANKRUPTCY CASE16-05334 ,CALDWELL, SABRENA DIVIDEND ON ALLOWED CLAIM # C of 100.00% | 4220-000 | | 1,400.00 | 21,049.69 |
| 11/20/17 | 108 | METRO ANESTHESIA CONSULTANTS | BANKRUPTCY CASE16-05334 ,CALDWELL, SABRENA DIVIDEND ON ALLOWED CLAIM # D of 100.00% | 4220-000 | | 1,316.00 | 19,733.69 |
| 11/20/17 | 109 | ILLINOIS ORTHOPEDIC NETWORK | BANKRUPTCY CASE16-05334 ,CALDWELL, SABRENA DIVIDEND ON ALLOWED CLAIM # E of | 4220-000 | | 10,000.00 | 9,733.69 |

Subtotals :   $62,967.32   $53,233.63

{} Asset reference(s)

Printed: 03/29/2018 12:48 PM    V.13.32

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

**Case Number:** 16-05334-PSH  
**Case Name:** CALDWELL, SABRENA  

**Taxpayer ID #:** **-***6044  
**Period Ending:** 03/29/18  

**Trustee:** ALEX D. MOGLIA (330260)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******0266 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | 100.00% | | | | |
| 11/20/17 | 110 | ALEX D. MOGLIA | COMBINED CHECK FOR TRUSTEE COMPENSATION, EXPENSES AND INTEREST | | | 4,978.87 | 4,754.82 |
| | | | Dividend paid 89.31% 4,954.05 on $5,546.73; Claim# ; Filed: $5,546.73 | 2100-000 | | | 4,754.82 |
| | | | Dividend paid 89.31% 24.82 on $27.79; Claim# ; Filed: $27.79 | 2200-000 | | | 4,754.82 |
| 11/20/17 | 111 | SPRINGER BROWN LLC | Combined Check for Claims#et_al. | | | 4,754.82 | 0.00 |
| | | | Dividend paid 89.31% 4,724.30 on $5,289.50; Claim# ; Filed: $5,289.50 | 3210-000 | | | 0.00 |
| | | | Dividend paid 89.31% 30.52 on $34.17; Claim# ; Filed: $34.17 | 3220-000 | | | 0.00 |
| | | | **ACCOUNT TOTALS** | | 62,967.32 | 62,967.32 | **$0.00** |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 62,967.32 | 62,967.32 | |
| | | | Less: Payments to Debtors | | | 15,000.00 | |
| | | | **NET Receipts / Disbursements** | | **$62,967.32** | **$47,967.32** | |

| | |
|---|---|
| Net Receipts : | 62,967.32 |
| Less Payments to Debtor : | 15,000.00 |
| Net Estate : | $47,967.32 |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| Checking # ******0266 | 62,967.32 | 47,967.32 | 0.00 |
| | $62,967.32 | $47,967.32 | $0.00 |

{} Asset reference(s)    Printed: 03/29/2018 12:48 PM    V.13.32